No. 03–8992.  ALEXANDER v. TIPPAH COUNTY, MISSISSIPPI, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 03–8998.  RODRIGUEZ v. DISTRICT COURT OF NEVADA, CLARK COUNTY, ET AL.  Sup. Ct. Nev.  Certiorari denied.

No. 03–9009.  J. K. v. DAUPHIN COUNTY CHILDREN AND YOUTH SERVICES.  Super. Ct. Pa.  Certiorari denied.

No. 03–9010.  CROOM v. CORRECTIONS CORPORATION OF AMERICA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–9012.  CLARK v. YUBA COUNTY DISTRICT ATTORNEY'S OFFICE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–9013.  COATES v. YARBOROUGH, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–9017.  HUNTER v. LEE.  C. A. 4th Cir.  Certiorari denied.

No. 03–9023.  HAWK v. CASTRO, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–9026.  HUGGINS v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 03–9029.  WALKER v. TEXAS.  Ct. App. Tex., 5th Dist.  Certiorari denied.

No. 03–9033.  GROSS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–9034.  FREEMAN v. THOMAS, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 03–9038.  JOHNSON v. MUELLER, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–9039.  BEAVER v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.